**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00380-REB-KMT

MICHAEL CONNOLLY, and
KELLY CONNOLLY,

      Petitioners,

v.

TOLL BROTHERS, INC.,

      Respondent.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before me on the **Stipulation for Dismissal with Prejudice** [#21][1] filed June 22, 2015.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation for Dismissal with Prejudice** is approved;

      2.  That the **Petitioners' Motion To Vacate Second Arbitration Award** [#9] filed April 6, 2015, is denied as moot;

      3.  That the **Respondent's: (1) Motion To Dismiss Petitioners'** *Amended* **Motion To Confirm Arbitration Award and Enter Judgment; and (2) Motion for Attorneys Fees and Costs Pursuant to Rule 11** [#10] filed April 10, 2015, is denied as

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

moot;

  4. That the **Petitioners' Motion To Strike Respondent's Motion To Dismiss** [#12] filed May 1, 2015, is denied as moot; and

  5. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

  Dated June 23, 2015, at Denver, Colorado.

                **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge